# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANNA MARIA SALINAS,<br>*Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-01134 |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the Social<br>Security Administration,<br>*Defendant.* | § § § § § | |

## ORDER OF ADOPTION

On January 3, 2018, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 17), recommending that Salinas's motion for summary judgment be granted. No timely objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the memorandum and recommendation as this Court's opinion. The Commissioner's final decision is reversed and the case is remanded.

Signed at Houston, Texas this **22** day of January, 2018.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE