United States District Court
Southern District of Texas
**ENTERED**
June 04, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANNA MARIA SALINAS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-01134 |
| | § | |
| NANCY A. BERRYHILL, | § | |
| Acting Commissioner of the Social | § | |
| Security Administration, | § | |
| *Defendant*. | § | |

## MEMORANDUM & RECOMMENDATION

Before the Court is Plaintiff Salinas application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Dkt. 20. The application was referred to this magistrate judge by District Judge David Hittner. Dkt. 22. Salinas requests $5,145.42 in fees for her counsel's work in obtaining a fully favorable remand order in this social security matter. After reviewing the record and the law, the Court recommends that the fees be awarded as requested.

Section 2412(d)(1)(A) provides for an award of fees and expenses incurred by a prevailing party in proceedings for judicial review of agency action, unless the position taken by the United States was "substantially justified" or "special circumstances make an award unjust." The Commissioner did not file a response, and therefore does not dispute that Salinas is a "prevailing party" entitled to attorney's fees.

In accordance with § 2412(d)(1)(B), Salinas attached to her motion a detailed itemization of the work performed by counsel. *See* Dkts. 21-2 – 21-4. Salinas claims fees for 30 hours of work; counsel's 22.6 hours at a rate of $194.93 per hour, and counsel's paralegal's 7.4 hours at a rate of $100.00 per hour. These are reasonable fees, and the

Court recommends that Salinas be awarded the requested total of $5,145.42 in fees and expenses.

The parties have 14 days from service of this memorandum and recommendation to file written objections. Failure to file timely objections precludes appellate review of factual findings or legal conclusions, except for plain error. *See* 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72.

Signed at Houston, Texas, on June 4, 2018.

Stephen Wm Smith
United States Magistrate Judge