**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANNA MARIA SALINAS, *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-01134 |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, *Defendant.* | § § § § § § | |

## ORDER OF ADOPTION

On June 4, 2018, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 23), recommending that Salinas be awarded the requested total of $5,145.42 in fees and expenses. No timely objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the memorandum and recommendation as this Court's opinion.

Signed at Houston, Texas this 21 day of June, 2018.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE